USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
: 
IN RE: AMERICAN EXPRESS ANTI-    :   06 Civ. 2974 (WHP)
STEERING RULES ANTITRUST         :
LITIGATION                       :   SCHEDULING ORDER
                                 :
This Document Relates To: All Actions :
-------------------------------X

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on April 8, 2010, the following schedule is entered on consent:

1. Defendants shall file a report by April 12, 2010 setting forth with specificity what the Defendants have done to collect documents responsive to Plaintiffs' requests and respond to Plaintiffs' interrogatories.

2. The parties shall submit a letter by April 12, 2010 setting forth, with specificity, what, if anything, in their joint status report dated March 29, 2010 should be redacted before that report is docketed;

3. The parties shall submit a joint letter by April 16, 2010 not exceeding 10 pages identifying any outstanding discovery disputes requiring resolution by this Court. The joint letter should set forth with specificity each meet and confer session regarding the particular dispute and succinctly present each side's argument with citation to relevant authorities. If any exhibits are submitted with the parties' joint letter, the total number of exhibits may not exceed 6 and each exhibit may not exceed 5 pages in length; and

4. The Court will hold a conference on April 22, 2010 at 5:15 p.m.

Dated: April 9, 2010
       New York, New York

                                            SO ORDERED:

                                            _____
                                            WILLIAM H. PAULEY III

U.S.D.J.

*Counsel of Record:*

Gary B. Friedman, Esq.
Friedman Law Group
270 Lafayette Street, 14th Floor
New York, NY 10012

Christopher Hellmich, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
 *Counsel for Plaintiffs*

Donald L. Flexner, Esq.
Boies, Schiller & Flexner, LLP
333 Main St.
New York, NY 10504
*Counsel for Defendants*